# EXHIBIT A

# REGISTER OF ACTIONS
### CASE NO. 20C019817

| | |
|---|---|
| **LUBA GONZALEZ, AKA Luba Snow, Plaintiff(s) vs. TRANSUNION LLC, Defendant(s)** | Case Type: **Civil - Debt Collection Agency**<br>Date Filed: **10/28/2020**<br>Location: **JC Department 4** |

§<br>§<br>§<br>§<br>§

---

### PARTY INFORMATION

| | | **Lead Attorneys** |
|---|---|---|
| Defendant | **LLC, TRANSUNION** | |
| Defendant | **TRANSUNION LLC** | |
| Plaintiff | **GONZALEZ, LUBA** *AKA* Snow, Luba | **Pro Se** |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 10/28/2020 | **Start Time Tracking: JCRCP 41(e) - 2 years** |
| 10/28/2020 | **Start Time Tracking: JCRCP 41(e) - 5 years** |
| 10/28/2020 | **Start Time Tracking: JCRCP 4(i)** |
| 10/28/2020 | **Civil Complaint - $5,000.01 to $10,000.00**<br>*COMPLAINT SNOW V TU* |
| 10/28/2020 | **Application to Proceed in Forma Pauperis - Fee Waiver Req**<br>*FEE WAIVER* |
| 10/28/2020 | **Documents in Support**<br>*EXHIBIT APPENDIX FOR SNOW V TRANSUNION* |
| 10/28/2020 | **Order to Proceed In Forma Pauperis Granted** |
| 10/28/2020 | **Civil Summons Issued (Efiling)** |
| 10/28/2020 | **Amended Certificate of Mailing**<br>*AMENDED CERTIFICATE OF MAILING FOR TRANSUNION COMPLAINT* |

---

### FINANCIAL INFORMATION

| | | |
|---|---|---|
| **Plaintiff** GONZALEZ, LUBA | | |
| Total Financial Assessment | | 199.00 |
| Total Payments and Credits | | 199.00 |
| **Balance Due as of 11/30/2020** | | **0.00** |
| 10/28/2020 | Transaction Assessment | 199.00 |
| 10/28/2020 | Fee Waiver | (199.00) |

Las Vegas Justice Court
Electronically Filed
10/28/2020 12:00 AM
Suzan Baucum
CLERK OF THE COURT

## Las Vegas Justice Court
Clark County, Nevada

Case No. 20C019817

Dept.

Department #: LVJC 4

LUBA GONZALEZ aka Luba Snow,
        Plaintiff,
        v.
TRANSUNION LLC,
        Defendant.
_____/

## Complaint

Luba Snow (formerly Gonzalez) sues Transunion LLC for money damages under the Fair Credit Reporting Act section 616 and 617 and says:

### Jurisdictional Allegations

1. This is an action for money damages of $9,750.00 US Dollars.

2. At all times material to this lawsuit Luba Snow lived in Clark County, Nevada.

3. At all times pertinent to this lawsuit Transunion LLC did commerce in Clark County, Nevada.

4. All acts necessary or precedent to the bringing of this lawsuit occurred or accrued in Clark County, Nevada.

5. This court has jurisdiction.

### General Factual Allegations

6. On 03 September 2020 Luba sent her fourth and final written notice to Transunion before seeking litigation.

7. Luba is seeking relief because of the 14 unknown/unverified accounts still on her credit report.

8. The following 13 accounts are in violation of section 611(a)(7) & 611(5)(A) of the FCRA and 15 U.S.C. §1681:

| | | |
|---|---|---|
| A. | TD BANK USA/TARGET CREDI | #585975210377... |
| B. | CAPITAL ONE BANK USA NA | #517805891332... |
| C. | CHASE AUTO FINANCE | #1137... |
| D. | COMENITY BANK/VCTRSEC | #585637513683... |
| E. | WELLS FARGO CARD SERVICE | #446542059002... |
| F. | WF/AMERICAN GEM SOCIET | #577442114090... |
| G. | ACCOUNT CORP OF SOUTHERN | #D1846... |

| H. RC WILLEY | #215511... |
| I. CALVALRY PORTFOLIO SERVIC | #21695782.. |
| J. EOS CCA | #...88025... |
| K. JPMCB AUTO | #1170391733 |
| L. JPMCB AUTO | #1192471850.. |
| M. PORTFOLIO RECOVERY | #681921006124.. |
| N. CONNS | #55105... |

9.  In accordance with the FCRA, Luba would like the preceding items removed from her credit report in addition to the following unknown hard inquires:

| O. COAF | 04 September 2020 |
| P. AMERICREDIT | 04 September 2020 |
| Q. CARDINALEWAY | 04 September 2020 |
| R. ALLY FINAN I | 04 September 2020 |

Wherefore Luba Snow demands judgement for money damages in the amount of $9,7500.00 US Dollars against Transunion LLC together with other such and further relief as the court may deem reasonable and just under the circumstances.

Luba Snow(formerly Gonzalez)
7260 Sunny Countryside Ave
Las Vegas, NV 89179

## Certificate of Service

Under penalty of perjury, I certify that a copy of the foregoing was provided by the Office of the Ex-Officio Constable - Las Vegas Township to TRANS UNION LLC THE PRENTICE-HALL CORPORATION SYSTEM, INC. 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808 no later than 13 November 2020.

Luba Snow (formerly Gonzalez)
7260 Sunny Countryside Ave
Las Vegas, NV 89179

## Las Vegas Justice Court
Clark County, Nevada

Case No.20C01987
Dept. No.: 04

LUBA GONZALEZ aka Luba Snow,
      Plaintiff,
   v.
TRANSUNION LLC,
      Defendant.
_____/

## Certificate of Mailing

The undersigned certifies, under penalty of perjury, that on 29 October 2020, copies of the foregoing complaint were mailed to Transunion LLC The Prentice-Hall Corporation System, Inc. 251 Little Falls Drive Wilmington, DE 19808 by certified mail.

28 October 2020

_____
Luba Snow (formerly Gonzalez)
7260 Sunny Countryside Ave
Las Vegas NV, 89179

Las Vegas Justice Court
Electronically Filed
10/28/2020 12:00 AM
Suzan Baucum
CLERK OF THE COURT

Las Vegas Justice Court
Clark County, Nevada

Case No. 20C019817
Dept.
Department #: LVJC 4

LUBA GONZALEZ aka Luba Snow,
           Plaintiff,
           v.
TRANSUNION LLC,
           Defendant.
_____/

Exhibit Appendix to Transunion Complaint

**A.** Documents - 4 Letters from Luba to Transunion

# Exhibit A

LUBA GONZALEZ
7260 SUNNY COUNTRYSIDE AVE
LAS VEGAS NV 89179


TRANSUNION
PO BOX 2000
CHESTER PA 19022

4/3/2020

This letter is my formal written request for you to investigate the following unverified accounts listed below: According to the Fair Credit Reporting Act, 15 U.S.C. 1681 your company is required by law to verify - through the physical verification of the signed consumer contract - any and all accounts you post on a credit report to assure maximum accuracy. Without proper verification by your company, anyone paying for reporting services could fax, mail, or e-mail in a fraudulent account.

I demand to see a copy of the Verifiable Proof, an original consumer contract with my signature on it, that you used to verify that the account belonged to the credit report named: LUBA GONZALEZ. Your failure to properly verify these accounts has hurt my ability to obtain credit for my business. Under the FCRA 15 U.S.C. 1681, unverified accounts must be promptly deleted. If you are unable to provide me with a copy of the verifiable proof that you have on file within 30(thirty) days for each account listed below then you must remove these accounts from the credit report. Please provide me with a copy of an updated and corrected credit report showing these items removed.

I demand the following accounts be verified or removed immediately

*Please also remove all non-account holding inquiries over thirty(30) days old.

| Account Name | Account Number | Provide Physical Proof of Verification |
|---|---|---|
| Capital One Bank USA NA | 517805891352 | Unverified account |
| Chase Auto Finance | 1137.... | Unverified account |
| Comenity Bank/Victoria | 585637513683 | Unverified account |
| SYNCB/Home Design | 603461008106... | Unverified account |
| SYNCB/TJX CO PLCC | 604585103703 | Unverified account |
| SYNCB/ToysRUS | 604586100848... | Unverified account |
| Wells Fargo Card Svcs | 446542059002... | Unverified account |
| CONNS | 55105 | Unverified account |

(continued)





| Account Name | Account Number | Provide Physical Proof of Verification |
|---|---|---|
| - AcctCorp of Southern Nevada | 1846... | Unverified account |
| - Portfolio recovery | 601921006124 | unverified account |
| - WF / American Prem Sa | 577442114090 | unverified account |
| - DSNB / MACYS | 6035340056796 | Unverified account |
| - Midland funding | 857939... | unverified account |
| - Midland Funding | 857979... | unverified account |
| - Midland Funding | 857926... | unverified account |
| - RC WILLEY | 215511... | Unverified account |
| - TD Bank/Target | 585975210377 | Unverified account |

Thank You

LUBA GONZALEZ

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs ›

Track Another Package +

**Tracking Number:** 70192280000189731547

Remove ›

Your item was delivered at 11:25 am on April 9, 2020 in CHESTER, PA 19013.



## ✅ Delivered

April 9, 2020 at 11:25 am
Delivered
CHESTER, PA 19013

Get Updates ⌄

See More ⌄

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

LUBA GONZALEZ
7260 SUNNY COUNTRYSIDE AVE
LAS VEGAS NV 89179



TRANSUNION
PO BOX 2000
CHESTER PA 19022

Please be advised that this is my second written request for you to remove the unverified accounts listed below that remain on my credit report in violation of 15 USC statue 1681. You are required under the FCRA to have properly verified that an account listed on my credit report is mine by having a copy of the original credit application on file. In the results of your first re-investigation, you stated in writing that you verified that these items are being reported correctly. Who in your company verified these accounts? How did they verify them? Please provide me with the name of the individual, business address, and telephone number of the person or business contacted during your re-investigation. Also, tell me why you didn't send me copies of the verification like I asked you to?

As I am sure that you are well aware , current case law states that, Consumer Reporting Agencies bear grave responsibilities to ensure the accuracy of the accounts they report on and their responsibility must consist of something more than merely parroting information received from other sources. The courts have ordered that a re-investigation that merely shifts the burden back to the consumer and the credit grantor cannot fulfill the obligations imposed by statute 1681 a 4.

You have not provided me a copy of any original documentation that you have on file that is required under section 609 and 611 a 1 A, a consumer contract with my name on it, and under section 611 5 a of the FCRA - you are required to promptly delete all information which cannot be verified.

The law is very clear as to the civil liability and the remedy available to me negligent non-compliance, section 617, if you fail to comply with this federal law. I am a litigious consumer and fully intend on pursuing litigation in the matter to enforce my rights under the FCRA. I demand the following accounts be verified or deleted immediately.

| Name of account | Account number | Provide physical proof of verification |
|---|---|---|
| TD Bank USA/TARGET | 5859752/0377... | not verified |
| CAPITAL ONE BANK | 507805891332... | not verified |
| CHASE AUTO FINANCE | 1137... | not verified |
| COMENITY BANK/VICSEC | 585637513683... | not verified |
| PORTFOLIO RECOVERY | 60192100G124... | not verified |
| (ohns) | 55705... | not verified |




| Name of Account | Account Number | Provide physical proof of verification |
|---|---|---|
| PORTFOLIO RECOVERY | 6019210006124 | unverified |
| CHASE AUTO FINANCE | 1137... | Unverified |
| TD BANK | 585975 210377.. | unverified |
| RC WILLEY | 215 571... | un verified |
| OF / AMERICAN GEM | 57749211 4090... | unverified |
| ACCTCORP SOUTHERN NV | D1846... | unverified |
| JPMCB AUTO | 1170391737 | unverified |
| JPMCB AUTO | 119247155[illegible] | unverified |
| ECS CCA | ...55165... | un [illegible] |
| Calvary Portfolio SVC | 216955782 | unverified |

[redacted]

Thank you

LUBA GONZALEZ

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70192280000189732704

Remove >

Your item was delivered at 11:20 am on May 22, 2020 in CHESTER, PA 19013.

## ✓ Delivered

May 22, 2020 at 11:20 am
Delivered
CHESTER, PA 19013

Get Updates ∨

See More ∨



# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

LUBA GONZALEZ
7260 SUNNY COUNTRYSIDE AVE
LAS VEGAS NV 89179

TRANSUNION
PO BOX 2000
CHESTER PA 19016

Certified Mail: 7019 2280 0001 8972 9469
Re: Third Written Request

Please be advised that this is my third written request and final warning that I fully intend to pursue litigation in accordance with the FCRA to enforce my rights and seek relief and recover all monetary damages that I may be entitled to under section 616 and section 617 regarding your continued willful and negligent non compliance.

Despite two written requests, the unverified items listed below still remain on the credit file named, LUBA GONZALEZ, in violation of federal law. You are required under the FCRA to have properly verified that an account listed on a credit file belongs to that particular credit file by having a copy of the original credit application on file. In the results of your first investigation and subsequent re-investigation, you stated in writing that you verified that these accounts are being reported correctly. Who in your company verified these accounts belong to the account named LUBA GONZALEZ? How did you verify them? You still have not provided me with the name of the individual, business address and telephone number of the person or business contacted during your re-investigation. You have not provided me with a copy of any documentation, (a credit application with my signature on it) as required under section 609 & section 611(a)(1)(A). Furthermore, you have failed to provide me the method of verification as required under section 609 and section 611(a)(7). Please be advised that under section 611(5)(A) of the FCRA - you are required to promptly delete all information which cannot be verified.

The law is very clear as to the civil liability and the remedy available to me (section 616 & 617) if you fail to comply with federal law. I am a litigious consumer and fully intend on pursuing litigation in this matter to enforce my rights under the FCRA.

I demand that you send me copies of the documents you used to verify the following accounts listed below or you delete them immediately. Please provide me with a copy of an updated and corrected credit report showing that these items have been deleted.

Please delete all non-account holding inquiries over thirty days old.

| Name of Account | Account Number | Provide physical proof of verification |
|---|---|---|
| COMENITY BANK | 585637513683... | unverified |
| WELLSFARGO GMD | 446542059002... | Unverified |
| CAPITAL ONE | 517805871332 | Unverified |
| COLNS | 55405 | Unverified |

| Name of Account | Account Number | Provide physical proof of verification |
|---|---|---|
| CAPITAL ONE BANK USA | 577805 891332.. | unverified |
| CHASE AUTO FINANCE | 1137... | unverified |
| COMMUNITY BANK | 585637513 883.. | Unverified |
| PORTFOLIO RECOVERY | 681920006124 ... | unverified |
| NC WILERY | 215511 .. | unverified |
| WELLS FARGO DEALER | 446542059002 | Unverified |
| UR/AMERICAN GEM | 5774421 4090 ., | Unverified |
| ACCT CORP OF SOUTHERN | D1846... | Unverified |
| EG CCA | .. 55165... | Unverified |
| JPMCB AUTO | 119247 1556 | Unverified |
| JP MCB AUTO | 117639 1233...., | Unverified |
| Calvary Portfolio Svc | 21695752 --- | Unverified |

Thank You

LUBA GONZALEZ





# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70192280000189729469

Remove >

Your item was delivered at 1:24 pm on July 13, 2020 in CHESTER, PA 19013.



## ✓ Delivered

July 13, 2020 at 1:24 pm
Delivered
CHESTER, PA 19013

Get Updates ∨

See More ∨

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

## FAQs

LUBA GONZALEZ
7260 SUNNY COUNTRYSIDE AVE
LAS VEGAS NV 89179


TRANSUNION
PO BOX 2000
CHESTER PA 19016

08.19.2020


Notice of Pending Litigation Seeking Relief and Monetary Damages Under FCRA
Section 616 & Section 617


Please accept this final written offer of settlement before litigation as my attempt to
amicably resolve your continued violation of the Fair Credit Reporting Act regarding your
refusal to delete all of the unverified account information from the consumer file.

Your failure to provide me with verifiable proof required to post the accounts listed below
proves that it does not exist and is therefore unverified. I intend to pursue litigation in
accordance with the FCRA to seek relief and recover all monetary damages that I may be
entitled to under Section 616 and Section 617 if the unverified items listed below are not
deleted within 10 days. A copy of this letter as well as copies of the three written letters sent
to you previously will also become part of the formal complaint to the Federal Trade
Commission and also shall be used as evidence in pending litigation provided you fail to
comply with this offer of settlement.

Despite my three written requests, the unverified items listed below still remain on the
credit report named, LUBA GONZALEZ, in violation of federal law. In the results of your
investigations, you stated in writing that verified these items are being reported correctly;
Who verified these accounts? How did they verify them? You still have not provided me with
the name of the individual, business address, and telephone number of the person or
business contacted during your re-investigation. You have not provided me a copy of any
original documentation. Furthermore, you have failed to provide the method of verification as
required under section 611(a)(7). Please be advised that under Section 611 (5)(A) of the
FCRA - you are required to promptly delete all information which cannot be verified.

The Law is very clear as to the Civil liability and the remedy available to me (Section 616
& 617) if you fail to comply with Federal Law. I am a litigious consumer and I fully intend on
pursuing litigation in this matter to enforce my rights under the FCRA.

In order to avoid legal action, I demand that you send me copies of the documents you
used to verify the following accounts listed below or you delete them immediately. Please
provide me with a copy of an updated and corrected credit report showing that these items
have been deleted.

Also I am instructing you to delete all non-account holding inquiries over thirty(30) days
old.


| Name of Account | Account Number | Provide physical proof of verification |
|---|---|---|
| TD BANK USA (Conn) | 585975010377 5510S | Unverified Unverified |

**Name of account**          **Account number**          **Provide physical proof of verification**

WELLSFARGO CARD SVC   44457205902..   not verified

WF/AMERICAN GEMSOU   57744 7114090   not verified

ACCTCORP OF SOUTHERN NV   D1846..   not verified

RC WILLEY   715571..   not verified

CALVARY PORTFOLIO SVC   21895782   not verified

EOS CCA   ..55105 ...   not verified

JIMCB AUTO   117 247 1850   not verified

JIMCB AUTO   117035/783   not verified

✱ Please remove all non-account holding
Inquiries over 30 days old...

Thank you

LUBA GONZÁLEZ





# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 70201290000197571599

Remove ›

Your item has been delivered to an agent for final delivery 2020 at 2:11 pm.



### ✅ Delivered to Agent

September 9, 2020 at 2:11 pm
Delivered to Agent for Final Delivery
CHESTER, PA 19013

Get Updates ∨

See More ∨

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

LUBA GONZALEZ
7260 SUNNY COUNTRYSIDE AVE
LAS VEGAS NV 89179


TRANSUNION
PO BOX 2000
CHESTER PA 19016


08.19.2020


Notice of Pending Litigation Seeking Relief and Monetary Damages Under FCRA
Section 616 & Section 617


Please accept this final written offer of settlement before litigation as my attempt to
amicably resolve your continued violation of the Fair Credit Reporting Act regarding your
refusal to delete all of the unverified account information from the consumer file.

Your failure to provide me with verifiable proof required to post the accounts listed below
proves that it does not exist and is therefore unverified. I intend to pursue litigation in
accordance with the FCRA to seek relief and recover all monetary damages that I may be
entitled to under Section 616 and Section 617 if the unverified items listed below are not
deleted within 10 days. A copy of this letter as well as copies of the three written letters sent
to you previously will also become part of the formal complaint to the Federal Trade
Commission and also shall be used as evidence in pending litigation provided you fail to
comply with this offer of settlement.

Despite my three written requests, the unverified items listed below still remain on the
credit report named, LUBA GONZALEZ, in violation of federal law. In the results of your
investigations, you stated in writing that verified these items are being reported correctly;
Who verified these accounts? How did they verify them? You still have not provided me with
the name of the individual, business address, and telephone number of the person or
business contacted during your re-investigation. You have not provided me a copy of any
original documentation. Furthermore, you have failed to provide the method of verification as
required under section 611(a)(7). Please be advised that under Section 611 (5)(A) of the
FCRA - you are required to promptly delete all information which cannot be verified.

The Law is very clear as to the Civil liability and the remedy available to me (Section 616
& 617) if you fail to comply with Federal Law. I am a litigious consumer and I fully intend on
pursuing litigation in this matter to enforce my rights under the FCRA.

In order to avoid legal action, I demand that you send me copies of the documents you
used to verify the following accounts listed below or you delete them immediately. Please
provide me with a copy of an updated and corrected credit report showing that these items
have been deleted.

Also I am instructing you to delete all non-account holding inquiries over thirty(30) days
old.

| Name of Account | Account Number | Provide physical proof of verification |
|---|---|---|
| TD BANK USA (own) | 585 97 5210377. 55105 | Un verifia) Vn venfie/ |

| Name of account | Account number | Provide physical proof of verification |
|---|---|---|
| WELLSFARGO CARDSVC | 44454205900~ | not verify |
| WF/AMERICAN GEMSOO | 57744 7114090 | not verify |
| ACCTCORP OF SOUTHERN NV | D18466 | not writed |
| RC WILLEY | 715511- | not verified |
| CALVARY PORTFOLIO SVC | 71995732 | not writed |
| EOS CCA | ...55105... | not verified |
| JIMCB AUTO | 117 247 1850 | not writed |
| JIMCB AUTO | 117039/733 | not writed |

⋇ Please remove all non-account holding
Inquiries over 30 days old.

Thank you

*[signature]*

LUBA GONZALEZ

# USPS Tracking®

## Track Another Package +

**Tracking Number:** 70201290000197571599

Remove ✕

Your item has been delivered to an agent for final delivery 2020 at 2:11 pm.

### ✅ Delivered to Agent

September 9, 2020 at 2:11 pm
Delivered to Agent for Final Delivery
CHESTER, PA 19013

**Get Updates** ⌄

**See More** ⌄

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**



Luba
7260 Sunny Country Street
Las Vegas NV 89179

CERTIFIED MAIL

7020 1290 0001 9757 1759

U.S. POSTAGE PAID
FCM LG ENV
LAS VEGAS, NV
89113
NOV 03, 20
AMOUNT
$5.35
R2304H109925-31
1020      19808

TransUnion LLC
251 Little Falls        Drive

Wilmington DE    19808

# JUSTICE COURT, LAS VEGAS TOWNSHIP
## Clark County Nevada

)
)
)
)
LUBA GONZALEZ, AKA Luba Snow, Plaintiff )
(s) )
vs. )
TRANSUNION LLC, Defendant(s) )
)          CASE NO.: **20C019817**
)
)          Department No.: **04**
)
)          **SUMMONS**
)

FOR COURT USE ONLY

**NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.[1] READ THE INFORMATION BELOW.**

**TO THE ABOVE-NAMED DEFENDANT: You are hereby summoned and required to serve upon Plaintiff's attorney, whose address is set forth below, an Answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.[2]**

* If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

  a. File with the Clerk of the Court, whose address is shown below, a formal written response (Answer) to the Complaint in accordance with the rules of the Court. **A $71.00** filing fee is required, or you must file an Application to Proceed *In Forma Pauperis* and request a waiver of the fee. (You may obtain forms and information at the Civil Law Self-Help Center located in the Regional Justice Center or at its website at http://www.civillawselfhelpcenter.org/.)
  b. Serve a copy of your response upon the attorney whose name and address is shown below.

* Unless you respond, your default will be entered upon application of the Plaintiff, and this Court may enter a judgment against you for the relief demanded, which could result in the taking of money or property or other relief.
* If you intend to seek the advice of an attorney, you should do so promptly so that your response will be timely.

By: _____

**DEPUTY CLERK**

**GONZALEZ, LUBA**
**7260 SUNNY COUNTRYSIDE AVE LAS**
**LAS VEGAS, NV 89179**

Justice Court,
Las Vegas Township
Regional Justice Center
200 Lewis Avenue
PO Box 552511
Las Vegas, NV 89155-2511

**10/28/2020**
**Date**

_____
Attorney Name, Address and Phone

**APPROPRIATE COURTROOM ATTIRE AND SHOES ARE REQUIRED. NO SHORTS, HALTER TOPS, TANK TOPS, FOOD OR DRINK ARE PERMITTED.**

[1] Notwithstanding the above, the State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and legislators, each have 45 days after service of this Summons within which to file an Answer to the Complaint.
[2] When service of the Summons is made by publication, the Summons shall, in addition to any special statutory requirements, also contain a brief statement of the object of the action substantially as follows: "This action is brought to recover a judgment for the sum of (indicate dollar amount), due and owing, " or as the case may be. (JCRCP4(b)).