# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LUBA GONZALEZ a/k/a LUBA SNOW,

    Plaintiff,

v.

TRANSUNION LLC,

    Defendant.

Case No.: 2:20-cv-02181-JCM-DJA

**ORDER**

Pending before the Court is *pro se* Plaintiff Luba Gonzalez's aka Luba Snow's Ex Parte Motion to Grant Use of the Electronic Case Filing System (ECF No. 10), filed on December 17, 2020. A *pro se* litigant may request authorization to register as an electronic filer in a specific case. Local Rule IC 2-2(b). The Court will grant the request contingent on the following: Plaintiff must complete the CM/ECF tutorial and Plaintiff must review the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1] Further, Plaintiff must establish a CM/ECF account.

IT IS HEREBY ORDERED that Plaintiff Luba Gonzalez's aka Luba Snow's Ex Parte Motion to Grant Use of the Electronic Case Filing System (ECF No. 10) is **granted**.

IT IS FURTHER ORDERED that Plaintiff must comply with the following procedures to activate her CM/ECF account:

    (1) By January 11, 2021, Plaintiff must file a written certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are available on the court's website, www.nvd.uscourts.gov. Plaintiff is advised that she is not authorized to file

---

[1] The tutorial, Electronic Case Filing Procedures, and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

1

electronically until this certification is filed with the court within the time frame specified.

(2) After timely filing the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated: December 21, 2020

_____
Daniel J. Albregts
United States Magistrate Judge