# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUBA GONZALEZ,<br><br>    Plaintiff(s),<br><br>    v.<br><br>TRANSUNION, LLC,<br><br>    Defendant(s). | Case No. 2:20-CV-2181 JCM (DJA)<br><br>ORDER |

Presently before the court is defendant Trans Union LLC's motion to extend time to file status report regarding removal. (ECF No. 14).

The status report on removal was due December 30, 2020. Defendant requests an extension of time up to and included January 15, 2021. Under Fed. R. Civ. P 6(b), this court may grant an enlargement of time for good cause if the request is made before the expiration of the original time period. Defendant presents good cause for this extension:

> In this case, Counsel for Trans Union has only been able to correspond with Plaintiff via U.S. Mail, and only recently obtained a valid telephone number for Plaintiff. Trans Union does not have a valid email address for Plaintiff. Defendant Trans Union has attempted to contact Plaintiff but would like to request fourteen (14) additional days to complete the Joint Status Report with the cooperation and coordination of Plaintiff. This request is so that the parties are allowed the opportunity to correspond and make proposed revisions and changes to the Joint Status Report in compliance with the Court's requirements.

Accordingly, this court grants the instant motion. (ECF No. 14). Defendant shall file its status report regarding removal on or before January 15, 2021.

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS SO ORDERED.

3  DATED January 11, 2021.

_____
UNITED STATES DISTRICT JUDGE