UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUBA GONZALEZ,<br><br>　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>TRANSUNION, LLC,<br><br>　　　　　　　Defendant(s). | Case No. 2:20-CV-2181 JCM (DJA)<br><br>ORDER |

Presently before the court is defendant Trans Union LLC's second motion to extend time to file status report regarding removal. (ECF No. 16).

The status report on removal was due January 15, 2021. (ECF No. 14). Pursuant to Fed. R. Civ. P 6(b), defendant requests an extension of time up to and including January 22, 2021. Defendant presents good cause for this extension:

> In this case, Counsel for Trans Union has been able to correspond with Plaintiff via e-mail and telephone. Defendant Trans Union has sent Plaintiff a copy of the proposed Joint Status Report but has not yet received approval to affix Plaintiff's signature to the Report and file it with the Court. Therefore, Trans Union requests seven (7) additional days to complete the Joint Status Report with the cooperation and coordination of Plaintiff. This request is so that the parties are allowed the opportunity to correspond and make proposed revisions and changes to the Joint Status Report in compliance with the Court's requirements.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly, this court grants the instant motion. (ECF No. 16).

2  IT IS SO ORDERED.

3  DATED January 22, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -